UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

     Plaintiff,

                                 Case No. 2:21-cr-5

v.

                                 Hon. Hala Y. Jarbou

HUNTER LOOS,

     Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On February 11, 2022, Magistrate Judge Maarten Vermaat issued a Report and Recommendation (R&R) recommending that the guilty plea of Defendant as to Count 2 of the Indictment be accepted.  The R&R was duly served on the parties.  No objections have been filed, and the deadline for doing so expired on February 25, 2022.  Based on this, and on the Court's review of all matters of record, including the audio transcript of the plea proceedings,

     **IT IS ORDERED** that:

1.    The R&R (ECF No. 141) is **APPROVED and ADOPTED** as the opinion of the Court.

2.    Defendant's plea of guilty is accepted and Defendant is adjudicated guilty of the charges set forth in Count 2 of the Indictment.

3.    The written plea agreement (ECF No. 138) is hereby continued under advisement pending sentencing.

4.      Defendant shall remain detained pending sentencing, now scheduled for **July 13, 2022, at**

**4:00 PM** at the federal courthouse in Marquette, Michigan.


Date:   <u>February 28, 2022</u>              <u>/s/ Hala Y. Jarbou</u>
                                        HALA Y. JARBOU
                                        UNITED STATES DISTRICT JUDGE